# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-17201-ELF

DARIA J. WALSH

16 LAVENDER LANE

LEVITTOWN, PA 19054

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        DARIA J. WALSH

        16 LAVENDER LANE

        LEVITTOWN, PA 19054

    **Counsel for debtor(s), by electronic notice only.**
        DAVID OFFEN ESQUIRE
        CURTIS CENTER - SUITE 160 WEST
        601 WALNUT STREET
        PHILA, PA 19106-

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 12/23/2016

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee