IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Daria J. Walsh : No. 16-17201-ELF
　　Debtor

ANSWER TO MOTION OF TOYOTA MOTOR CREDIT CORPORATION
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted for only the 1st section marked No. 8.

8. Denied for only the 2nd section marked No. 8. Debtor can get caught up.

9. Denied for lack of proof of the same.

10. Debtor opposes the same.

11. No response.

　　WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

　　　　　　　　　　　　　　　　　　　　/s/ David M. Offen
　　　　　　　　　　　　　　　　　　　　David M. Offen
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
Dated: 10/23/18