**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 16-17201-ELF

DARIA J. WALSH

16 LAVENDER LANE

LEVITTOWN, PA 19054

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DARIA J. WALSH

    16 LAVENDER LANE

    LEVITTOWN, PA 19054

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                          /S/ William C. Miller

Date: 2/3/2020                           _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee