IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Daria J. Walsh | : | No. 16-17201-ELF |
| Debtor | : |  |
|  | : |  |

O R D E R

AND NOW, this_____ day of_____, 2020, upon consideration of the Notice/Praecipe to Convert the Chapter 13 case to a Chapter 7 case, it is hereby Ordered and Decreed that the Debtor's Chapter 13 case is converted to a case under Chapter 7.

It is further Ordered that the Debtor shall file any other required documents within 14 days of the entry of this Order.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Daria J. Walsh