**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DARIA J. WALSH, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  16-17201 ELF |

# O R D E R

**AND NOW,**  the Debtor having filed a Praecipe to Convert Chapter 13 Case to Chapter 7,

**AND**, the rules of court requiring that conversion from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a) be effected by filing a notice of conversion, see Fed. R. Bankr. P. 1017(f)(3),

It is hereby **ORDERED** that the Praecipe shall be treated as a Notice of Conversion.

Date: March 11, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**