United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17201-elf
Daria J. Walsh                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Mar 11, 2020
                 Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13873355        E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2020 03:37:10
        Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
   Rapid City, South Dakota 57709-6154
                                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:
        ANN E. SWARTZ   on behalf of Creditor   Ditech Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        DAVID M. OFFEN   on behalf of Debtor Daria J. Walsh dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        HAROLD N. KAPLAN   on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com
        JEROME B. BLANK   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        ROBERT J. DAVIDOW   on behalf of Creditor   Ditech Financial LLC robert.davidow@phelanhallinan.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                           TOTAL: 11

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17201-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Daria J. Walsh
16 Lavender Lane
Levittown PA 19054

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/10/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/13/20

Tim McGrath
**CLERK OF THE COURT**