```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                      Case No. 16-17201-elf
Daria J. Walsh                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Mar 12, 2020
                              Form ID: 309A           Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db            +Daria J. Walsh,    16 Lavender Lane,    Levittown, PA 19054-3910
13806359      +Beachbody,    P.O. Box 406,    Farmingdale, NY 11735-0406
13806361      +Commonwealth of Pennsylvania,     Department of Revenue,    1400 Spring Garden St,    Rm 1206,
                Philadelphia, PA 19130-4414
13806362      +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
13806370      +Merc Adj Bur,    Po Box 9016,    Williamsville, NY 14231-9016
14480946       New Residential Mortgage LLC,     P.O. Box 10826,    Greenville, SC 29603-0826
13861658      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13806374      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
13841898       State of New Jersey- Division of Taxation,     P.O. Box 445,    Trenton, NJ 08695-0445
13822070      +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
13806373       philadelphia parking authority,     2467 grant avenue,    Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: dmo160west@gmail.com Mar 13 2020 03:11:17     DAVID M. OFFEN,    The Curtis Center,
                601 Walnut Street,    Suite 160 West,   Philadelphia, PA 19106
tr            +EDI: QRHHOLBER.COM Mar 13 2020 07:08:00      ROBERT H. HOLBER,   Robert H. Holber PC,
                41 East Front Street,    Media, PA 19063-2911
smg            E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:06     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 13 2020 03:11:50     United States Trustee,
                Office of the U.S. Trustee,    200 Chestnut Street,   Suite 502,    Philadelphia, PA 19106-2908
13848924       EDI: BL-BECKET.COM Mar 13 2020 07:08:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
13806360      +E-mail/Text: bankruptcy@philapark.org Mar 13 2020 03:12:16     City of Philadelphia,
                Parking Violations Branch,    P.O. Box 41818,   Philadelphia, PA 19101-1818
13806367      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2020 03:11:28     Ditech,   Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
13873355       E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2020 03:11:28
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
13806368      +EDI: IRS.COM Mar 13 2020 07:08:00     Internal Revenue Service,    P.O. Box 7346,
                Phila Pa 19101-7346
13806369      +E-mail/Text: bncnotices@becket-lee.com Mar 13 2020 03:11:24     Kohls/Capital One,
                Po Box 3120,    Milwaukee, WI 53201-3120
13806371      +E-mail/Text: Bankruptcies@nragroup.com Mar 13 2020 03:12:19     National Recovery Agency,
                2491 Paxton St,    Harrisburg, PA 17111-1036
13871957       EDI: NAVIENTFKASMSERV.COM Mar 13 2020 07:08:00     Navient Solutions Inc.,
                Department of Education Loan Services,    P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13809144      +EDI: PRA.COM Mar 13 2020 07:08:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
13806372      +E-mail/Text: bankruptcygroup@peco-energy.com Mar 13 2020 03:11:28     Peco Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
13835327      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:42
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13814621      +E-mail/Text: bankruptcy@philapark.org Mar 13 2020 03:12:16     Philadelphia Parking Authority,
                701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13806375       EDI: TFSR.COM Mar 13 2020 07:08:00     Toyota Mtr,   Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA   17128-0946
13806363*     +Dept Of Ed/Navient,    Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
13806364*     +Dept Of Ed/Navient,    Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
13806365*     +Dept Of Ed/Navient,    Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
13806366*     +Dept Of Ed/Navient,    Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
                                                                                        TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Lisa               Page 2 of 2                   Date Rcvd: Mar 12, 2020
                              Form ID: 309A            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID M. OFFEN    on behalf of Debtor Daria J. Walsh dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Ditech Financial LLC robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Daria J. Walsh** | Social Security number or ITIN | **xxx–xx–0833** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **10/11/16** |
| Case number: | **16–17201–elf** | Date case converted to chapter **7** | **3/11/20** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Daria J. Walsh | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 16 Lavender Lane<br>Levittown, PA 19054 | | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID M. OFFEN<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | | Contact phone (215) 625–9600<br><br>Email:  dmo160west@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | | Contact phone (610) 565–5463<br><br>Email:  trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

Debtor **Daria J. Walsh**                                                                                                          Case number **16–17201–elf**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 3/12/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 7, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/6/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                 page **2**