United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-17201-elf
Daria J. Walsh                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2                   Date Rcvd: Mar 12, 2020
                              Form ID: pdf900        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
```
db           +Daria J. Walsh,    16 Lavender Lane,    Levittown, PA 19054-3910
13806359     +Beachbody,    P.O. Box 406,    Farmingdale, NY 11735-0406
13848924      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13806361     +Commonwealth of Pennsylvania,    Department of Revenue,    1400 Spring Garden St,    Rm 1206,
               Philadelphia, PA 19130-4414
13806362     +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
14278683      Ditech Financial LLC,    c/o Thomas Song, Esq.,,    1617 JFK Boulevard, Suite 1400,
               One Penn Center Plaza,    Philadelphia, PA 19103
13806370     +Merc Adj Bur,    Po Box 9016,    Williamsville, NY 14231-9016
14480946      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
13861658     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13806374     +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
13841898      State of New Jersey- Division of Taxation,    P.O. Box 445,    Trenton, NJ 08695-0445
13806375    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
14210858     +Toyota Motor Credit Corporation,    c/o Rebecca A Solarz, Esquire,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13822070     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13806373      philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:11     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2020 03:11:28
               Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,
               Rapid City, SD  57709-6154
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 03:18:54
               PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13806360     +E-mail/Text: bankruptcy@philapark.org Mar 13 2020 03:12:16     City of Philadelphia,
               Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13806367     +E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2020 03:11:28     Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
13873355      E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2020 03:11:28
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
13806368     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 13 2020 03:11:27     Internal Revenue Service,
               P.O. Box 7346,    Phila Pa 19101-7346
13806369     +E-mail/Text: bncnotices@becket-lee.com Mar 13 2020 03:11:25     Kohls/Capital One,
               Po Box 3120,    Milwaukee, WI 53201-3120
13806371     +E-mail/Text: Bankruptcies@nragroup.com Mar 13 2020 03:12:19     National Recovery Agency,
               2491 Paxton St,    Harrisburg, PA 17111-1036
13871957      E-mail/PDF: pa_dc_claims@navient.com Mar 13 2020 03:18:15     Navient Solutions Inc.,
               Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
13809144     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 03:18:52
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13806372     +E-mail/Text: bankruptcygroup@peco-energy.com Mar 13 2020 03:11:28     Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
13835327     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:47
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
13814621     +E-mail/Text: bankruptcy@philapark.org Mar 13 2020 03:12:16     Philadelphia Parking Authority,
               701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*          +New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
13806363*    +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
13806364*    +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
13806365*    +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
13806366*    +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
                                                                                  TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: dlv                    Page 2 of 2               Date Rcvd: Mar 12, 2020
                              Form ID: pdf900              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID M. OFFEN    on behalf of Debtor Daria J. Walsh dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Ditech Financial LLC robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      DARIA J. WALSH,            :      Chapter 13
                                       :
            Debtor                     :      Bky. No. 16-17201 ELF

## O R D E R

**AND NOW,** the Debtor having filed a Praecipe to Convert Chapter 13 Case to Chapter 7,

**AND**, the rules of court requiring that conversion from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a) be effected by filing a notice of conversion, see Fed. R. Bankr. P. 1017(f)(3),

It is hereby **ORDERED** that the Praecipe shall be treated as a Notice of Conversion.

Date: March 11, 2020

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**