IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Daria J. Walsh  : CHAPTER 7
                        Debtor  : Bankruptcy No.16-17201

PRAECIPE TO WITHDRAW CHAPTER 7 TRUSTEE'S
REPORT OF NO DISTRIBUTION

TO THE CLERK OF COURTS:

Please withdraw Chapter 7 Trustee's Report of No Distribution previously filed on April 1, 2020, regarding the above captioned debtor.

Date: 04/01/20

/s/ Robert H. Holber
ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee